IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY, | }<br>}<br>} |
| *Plaintiff*, | }<br>} |
| v. | } No. 3:20-cv-00003-DCLC-JEM<br>} |
| HEALY HOMES, LLC, | }<br>}<br>} |
| *Defendant*. | } |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff West Bend Mutual Insurance Company ("West Bend") and Defendant Healy Homes, LLC ("Healy Homes") (collectively, the "Parties"), by and through undersigned counsel of record, by and through undersigned counsel of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, jointly stipulate that all claims brought in this action by Plaintiff against Defendant shall be dismissed with prejudice such that Plaintiff's cause of action against Defendant shall be dismissed with prejudice, with Plaintiff and Defendant to each bear their own costs, expenses, and attorneys' fees.

Respectfully submitted,

LEITNER, WILLIAMS, DOOLEY &
NAPOLITAN, PLLC

By: */s/ Jeffrey E. Nicoson*
Jeffrey E. Nicoson, No. 027445
1715 Aaron Brenner Dr., Suite 300
Memphis, Tennessee 38120
Phone: (901) 527-0214
Fax: (901) 527-8224

jeff.nicoson@leitnerfirm.com

Brad A. Fraser, No. 020087
900 South Gay Street
Suite 1800 – Riverview Tower
Knoxville, Tennessee 37902
Phone: (865) 523-0404
Fax: (865) 673-0260
brad.fraser@leitnerfirm.com

*Counsel for Plaintiff West Bend
Mutual Insurance Company*

FRANTZ, MCCONNELL & SEYMOUR, LLP

By: ***/s/ Matthew A. Grossman***
Matthew A. Grossman, No. 022107
Rebekah P. Harbin, No. 038553
550 W. Main St. Ste 500
Knoxville, TN 37902
Phone: (865) 546-9321
Fax: (865) 637-5249
mgrossman@fmsllp.com
rharbin@fmsllp.com

*Counsel for Defendant Healy
Homes, LLC*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document has been served upon all counsel in this cause by via electronic notification, or by placing a true and correct copy of same in the United States mail, postage prepaid, in a properly addressed envelope, or by hand delivering same to each such attorney as follows:

Matthew A. Grossman, No. 022107
Rebekah P. Harbin, No. 038553
*Admitted Pro Hac Vice*
FRANTZ, MCCONNELL & SEYMOUR, LLP
P.O. Box 39
Knoxville, TN 37901
Phone: (865) 546-9321
Fax: (865) 637-5249
mgrossman@fmsllp.com
rharbin@fmsllp.com

*Counsel for Defendant Healy Homes, LLC*

This the 8th day of September, 2022.

*/s/ Jeffrey E. Nicoson*
Jeffrey E. Nicoson
Brad A. Fraser